GARFIELD INVESTMENT COMPANY, Respondent, vs. TOWN OF
Oconomowoc, Appellant.

*March 9—April 12, 1949.*

*Alvin G. Brendemuehl* of Oconomowoc, for the appellant.

For the respondent there was a brief by *Clayton A. Cramer* and *Robert T. McGraw,* both of Waukesha, and oral argument by *Mr. Cramer.*

HUGHES, J. Both plaintiff and defendant moved for summary judgment. On October 15, 1948, the circuit court filed a decision and order by which it denied both motions.

Upon motion of the defendant the circuit court under sec. 252.10 (1), Stats., reviewed its order of October 15, 1948, and on October 30, 1948, filed a decision and order. The order portion of this document is as follows:

"It is ordered and determined that said purported assessment is void;

"It is further ordered that this action be and the same is hereby continued to the 31st day of December, 1948, to permit a reassessment of the property affected by said void assessment under the provisions of sec. 74.74 of the statutes.

"It is further ordered that the order entered herein on the 15th day of October, 1948, be and the same is hereby vacated."

It thus appears that the order denying motions for summary judgment is no longer in existence.

The order of October 30th, while it permits the defendant to make a reassessment, does not compel anything. It amounts to little more than an order of adjournment. Certainly it does not finally dispose of the rights of either party, and is not an appealable order.

At any event the appeal is not from this order, but from the one denying the defendant's motion for summary judgment. This order having been vacated and set aside by the circuit court, no appeal therefrom lies.

*By the Court.*—Appeal dismissed.